

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

08 CV 4573

DONG SHAW,                                    :

     Plaintiff,                              :

                                              :

v.                                             :     C.A. No.: _____

                                              :

BANK OF AMERICA,                              :

     Defendant.                              :

                                              :

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Bank of America, N.A. (improperly named "Bank of America" in the

Complaint) is 100% owned by NB Holdings Corporation. NB Holdings is a Bank holding

company and is not publicly traded and, therefore, no publicly held corporation owns 10% or

more of its stock.

The Defendant,
By and through its Attorneys,
EDWARDS ANGELL PALMER &
DODGE LLP

Ivan R. Novich, Esq.
One Giralda Farms
Madison, NJ 07940
Telephone No. (973) 921-5227
Fax No. (888) 325-9515
inovich@eapdlaw.com

Dated: May 15, 2008

PRV 953907.1