UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . x

DONG SHAW,

     Plaintiff,

v.                                                                              **AFFIDAVIT OF SERVICE**

BANK OF AMERICA,                                                                **08cv4573**

     Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . x

STATE OF NEW YORK      )
                                  )ss.:
COUNTY OF NEW YORK     )

     Glenn M. Huzinec, being duly sworn deposes and says: I am over 18 years of age,

and I am not a party to the within action, and I am employed by Edwards Angell Palmer &

Dodge LLP.  On the 16th day of May, 2008, I served the Civil Cover Sheet, Notice of Removal,

7.1 Statement, Individual Rules for Judge Marrero and Magistrate Judge Fox, and the ECF Rules

for the USDC SDNY upon:

                  Daniel J. Kaiser
                  Kaiser Saurborn & Mair, P.C.
                  111 Broadway, 18th Floor
                  NY, NY  10006

by depositing true and exact copies of the above mentioned documents, enclosed in a post-paid

properly addressed envelope, in an official depository under the exclusive care and custody of

the United States Postal Service within the State of New York.

_____
Glenn M. Huzinec

Sworn to before me this
16th day of May, 2008

_____
Notary Public
JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20___