```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DONG SHAW,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

C.A. No.: 08-cv-4573 (VM)

### ORDER ADMITTING SIOBHAN M. SWEENEY, ESQ. *PRO HAC VICE*

This matter having been opened to the Court by Edwards Angell Palmer & Dodge LLP (Ivan R. Novich, Esq. appearing), attorneys for defendant Bank of America, N.A. ("Defendant"), on notice to Kaiser Saurborn & Mair, P.C. (Daniel J. Kaiser, Esq., appearing), attorneys for plaintiff Dong Shaw, for an Order to admit Siobhan M. Sweeney, Esq. *pro hac vice* as counsel for Defendant; and based upon the declarations of counsel, it is **ORDERED** as follows:

    1.    Defendant's Motion to Admit Siobhan M. Sweeney, Esq. *Pro Hac Vice* is granted.

    2.    Ms. Sweeney is admitted *pro hac vice* as counsel for Defendant in this action and shall be subject to this Court's rules and procedures, including the rules governing the discipline of attorneys. Ms. Sweeney shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel for Defendant also shall cause the fee to admit counsel *pro hac vice* to be paid to the clerk of the court.

Dated: 28 August 2008

_____
HON. VICTOR MARRERO, U.S.D.J.